UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| COURTNEY MOTLEY, | Case No. 3:20-cv-00696-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AARON D. FORD, et al., | |
| Defendants. | |

### I. DISCUSSION

Plaintiff, a former inmate in the custody of the Nevada Department of Corrections, has filed three applications to proceed *in forma pauperis* for prisoner. (ECF Nos. 1, 4, 13.) However, Plaintiff has updated his address, indicating that he is no longer incarcerated. (ECF No. 9.) Accordingly, the Court denies the applications to proceed *in forma pauperis* for prisoners as moot because Plaintiff is no longer incarcerated.

The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402. If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner or pay the $402 filing fee within thirty (30) days, this case will be subject to dismissal without prejudice.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4, 13) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

1  IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order,
2 this case will be subject to dismissal without prejudice.
3  DATED: June 10, 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE